UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nayeli Delgado–Gutierrez
                              Plaintiff,
v.                                          Case No.: 1:15−cv−07167
                                            Honorable Sharon Johnson Coleman
Professional Transportation, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 20, 2015:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant's motion to withdraw as attorney [18] is granted. Attorneys Joseph Michael Mitchell and Timothy J. Young terminated. No appearance required on 10/21/2015. Status hearing set for 11/2/2015 at 09:00 AM. The parties are to file a joint status report by 11/2/2015 in the format described on the court's website at www.ilnd.uscourts.gov. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.