UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Nayeli Delgado−Gutierrez
                                        Plaintiff,

v.                                                         Case No.: 1:15−cv−07167
                                                         Honorable Sharon Johnson Coleman

Professional Transportation, Inc., et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 13, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/13/2015. Written Discovery extended to 12/31/2015. Status hearing set for 3/14/2016 at 09:00 AM. The case is referred to Magistrate Judge Martin for discovery supervision as well as settlement discussions. Magistrate Judge Martin shall set discovery schedule. This Court notes that none of its prior orders should be interpreted as precluding the plaintiff from moving for leave to file an amended complaint.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.