UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Nayeli Delgado–Gutierrez

Plaintiff,

v.	Case No.: 1:15−cv−07167
	Honorable Sharon Johnson Coleman

Professional Transportation, Inc., et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 3, 2015:

MINUTE entry before the Honorable Daniel G. Martin:Status hearing held and continued to 2/11/2016 at 9:30 a.m. The Court adopts the parties' proposed discovery schedule as follows: deadline to exchange information required by Rule 26(a)(1) is 12/31/2015; all non−expert fact discovery to be completed by 6/30/2016; plaintiff's reports from retained experts under Rule 26(a)(2) due by 7/30/2016; defendants' reports from retained experts under Rule 26(a)(2) due by 9/15/2016; and all retained expert depositions to be completed by 11/15/2016. After the completion of initial discovery, counsel are directed to consider and discuss with their respective clients and each other the possibility of attempting to settle this matter. At the next status hearing, counsel shall be prepared to advise whether they believe a settlement conference with Magistrate Judge Martin would be worthwhile. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.