

## Statement of Settlement

### Estate of Carlos Garcia

| | | |
|---|---|---:|
| **Settlement Amount** | $ | 6,250,000.00 |
| | | |
| **Disbursements** | | |
| Costs: | | |
| Court filings: | $ | 567.00 |
| Subponeas (service, fees): | $ | 850.00 |
| Investigation & Records: | $ | 1,891.06 |
| Court reporters & Videographers: | $ | 8,231.24 |
| Experts: | $ | 18,880.83 |
| | | |
| Fee: | $ | 2,083,333.33 |
| | | |
| **Balance Distributable to Heirs** | $ | **4,136,246.54** |

**Exhibit B**