# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Nayeli Delgado–Gutierrez

                    Plaintiff,

v.                                 Case No.: 1:15–cv–07167
                                 Honorable Sharon Johnson Coleman

Professional Transportation, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 10, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier:Status hearing held. Parties reported on the status of settlement. In light of the Stipulation to Dismiss [131], the third party action of JB Seeboth, LLC and against Third Party Defendant Schlossmans Dodge City Chrysler and Jeep, Inc. is dismissed without prejudice, with each party to bear its own attorneys fees and costs. Case set for further status on 1/12/2017 at 9:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.