UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Nayeli Delgado−Gutierrez

                                      Plaintiff,

v.                                                                   Case No.: 1:15−cv−07167
                                                                    Honorable Sharon Johnson Coleman

Professional Transportation, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 4, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Third Party Complaint for Contribution against Bridgestone Americas Tire Operation, LLC is dismissed without prejudice, with each party to bear its own attorney's fees and costs. No appearance necessary on 4/6/2017. All pending dates are stricken. Civil case terminated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.